NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROLF DIETRICH,**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

**and**

**SHIMANO, INC.,**
*Appellee.*

---

2010-1530
(Reexamination No. 95/000,008)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

DAVID C. PURDUE, Purdue Law Offices, LLC, of Toledo, Ohio, argued for appellant.

SYDNEY O. JOHNSON, JR., Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and THOMAS W. KRAUSE, Associate Solicitor.

DAVID L. TARNOFF, Global IP Counselors, LLP, of Washington, DC, argued for appellee Shimano, Inc.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 8, 2011              /s/ Jan Horbaly
Date                        Jan Horbaly
                              Clerk